IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  | CIVIL ACTION NOS. |
|---|---|---|
| THOMPSON | : | 02-1618 |
| RICHARDS | : | 02-1651 |
| PARTRIDGE | : | 02-1688 |
| MARTINEZ | : | 02-1691 |
| DAMICO | : | 02-1951 |
| SMITH | : | 02-1976 |
| BRYANT | : | 02-2272 |
| BECHAVER | : | 02-2275 |
| DIXON | : | 02-2298 |
| PLANT | : | 02-2307 |
| ALLISON | : | 02-2383 |
| MARR | : | 02-2471 |
| WHITE | : | 02-2490 |
| RAYMOND | : | 02-3038 |
| WEBB | : | 02-3070 |
| BRADLEY | : | 02-3098 |
| LAUNDREAUX | : | 02-3133 |
| BAKER | : | 02-3243 |
| BARRY | : | 02-3297 |
| MCCLUNG | : | 02-3310 |
| KLINGER | : | 02-3364 |
| DENIO | : | 02-3384 |
| THOMSON | : | 02-3402 |
|  | : |  |
| v. | : |  |
|  | : |  |
| BAYER CORPORATION et al. | : |  |

O R D E R

AND NOW, this            day of June, 2002, in accordance with the court's procedure for assignment of cases, it is hereby

ORDERED that the above-captioned cases are reassigned from the calendar of the Honorable Harvey Bartle, III to the calendar of the Honorable Cynthia M. Rufe.

FOR THE COURT:

JAMES T. GILES
Chief Judge

ATTEST:


_____
MICHAEL E. KUNZ
Clerk of Court

Case 2:02-cv-03364-CMR     Document 5     Filed 06/28/2002     Page 2 of 2